**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ATKINSON, JAMES KEVIN | § | Case No. 15-82167 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 25, 2015. The undersigned trustee was appointed on August 25, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         98,372.31

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 32,198.57 |
| Bank service fees | 388.58 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 65,785.16 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/07/2016 and the deadline for filing governmental claims was 02/22/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,131.12. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,131.12, for a total compensation of $8,131.12.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $66.58, for total expenses of $66.58.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/01/2017        By: /s/JOSEPH D. OLSEN
                            Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-82167　　　　　　　　　　　**Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** ATKINSON, JAMES KEVIN　　　　**Filed (f) or Converted (c):** 08/25/15 (f)
　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 10/01/15
**Period Ending:** 05/01/17　　　　　　　　　　　**Claims Bar Date:** 01/07/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence: Single family home Fee simple, Locati | 220,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account | 2,500.00 | 7,600.00 | | 7,622.31 | FA |
| 4 | Misc. Furniture | 7,500.00 | Unknown | | 0.00 | FA |
| 5 | Misc. Appliances | 5,000.00 | Unknown | | 0.00 | FA |
| 6 | Misc. Household Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Audio-Video: Two TV's; Stereo | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Necessary wearing apparel | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | 25% ownership in Sort Pro Services, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Auto: 2004 Honda CRV (85,000 miles; good conditi | 2,250.00 | 0.00 | | 0.00 | FA |
| 11 | Animals: Domestic pets (dog & cat) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Father's Will/Trust (?)  (u) | 0.00 | 100,000.00 | | 0.00 | FA |
| 13 | USB (preference)  (u) | 0.00 | 20,000.00 | | 0.00 | FA |
| 14 | Affiliated corporation  (u) | 0.00 | 100,000.00 | | 0.00 | FA |
| 15 | Fraudulent conveyance  (u) | 90,000.00 | 90,000.00 | | 90,000.00 | FA |
| 16 | Refund of photocopy fees  (u) | 750.00 | 750.00 | | 750.00 | FA |
| 16 | **Assets**　Totals (Excluding unknown values) | **$333,000.00** | **$318,350.00** | | **$98,372.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　Recent case.  The Debtor has some purported equity in his residence I am trying to administer although it is covred by an IRS lien but they have requested that the Trustee go ahead  and liquidate if he can.  More importantly there is an issue about whether the Debtor fraudulently transferred his shares of stock in an affiliated corporation to his non-filing spouse.  The Trustee is investigating that and has a production request outstanding.
　　Trustee has engaged outside counsel to pursue an adversary complaint against the Debtor, his spouse and a related corporation to recover an alleged fraudulent conveyance of a corporation to the Debtor's spouse. The adversary complaint was filed in October 2016 and hopefully will be resolved in 2017. Outside counsel letter is attached.

Printed: 05/01/2017 03:40 PM　　V.13.30

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-82167  
**Case Name:** ATKINSON, JAMES KEVIN  

**Period Ending:** 05/01/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/25/15 (f)  
**§341(a) Meeting Date:** 10/01/15  
**Claims Bar Date:** 01/07/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2016    **Current Projected Date Of Final Report (TFR):** December 31, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-82167 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | ATKINSON, JAMES KEVIN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5166 - Checking Account |
| Taxpayer ID #: | **-***3775 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 05/01/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/15 | {3} | James and Carrie Atkinson | turnover of ckg acct funds | 1129-000 | 7,622.31 | | 7,622.31 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,612.31 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.55 | 7,601.76 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.53 | 7,591.23 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.97 | 7,579.26 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.50 | 7,568.76 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.49 | 7,558.27 |
| 06/02/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2016 FOR CASE #15-82167 | 2300-000 | | 3.08 | 7,555.19 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.92 | 7,543.27 |
| 07/25/16 | 102 | United States Treasury - IRS | Form 4506 for years 2010-2014 #xxx-0705/#xxx-5805 | 2990-000 | | 250.00 | 7,293.27 |
| 07/25/16 | 103 | United States Treasury - IRS | Form 4506 for years 2010 thru 2014 - EIN 36-4081483 Canconex | 2990-000 | | 250.00 | 7,043.27 |
| 07/25/16 | 104 | United States Treasury - IRS | Form 4506 Tax returns 2010-2014 re: JKA Investments | 2990-000 | | 250.00 | 6,793.27 |
| 07/25/16 | 105 | United States Treasury - IRS | Form 4506 yrs 2010-2014) EIN #27-3740857 - Sort Pro Services (1120S) | 2990-000 | | 250.00 | 6,543.27 |
| 07/25/16 | 106 | United States Treasury - IRS | Form 4506 (2010-2014) EIN 27-3740857 re: Sort Pro Services (2553) | 2990-000 | | 250.00 | 6,293.27 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.45 | 6,282.82 |
| 08/23/16 | 107 | Stewart & Associates, Inc. | Private process server fees to produce documents | 2990-000 | | 120.00 | 6,162.82 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.78 | 6,152.04 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,142.04 |
| 10/03/16 | {16} | United States Treasury | Refund of photocopy request fees | 1280-002 | 250.00 | | 6,392.04 |
| 10/03/16 | {16} | United State Treasury | Refund of photocopy request fees | 1280-002 | 500.00 | | 6,892.04 |
| 10/24/16 | 108 | Deb Fisher | Certified shorthand court reporter | 3120-000 | | 260.00 | 6,632.04 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,622.04 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.33 | 6,611.71 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,601.71 |
| 01/09/17 | 109 | Deb Fisher CSR | Certified Shorthand Reporter for 2004 exams | 3120-000 | | 639.00 | 5,962.71 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,952.71 |
| 02/06/17 | {15} | Drendel & Jansons Law Group | Adversary settlement | 1241-000 | 90,000.00 | | 95,952.71 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.60 | 95,854.11 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.46 | 95,711.65 |

Subtotals : $98,372.31    $2,660.66

{} Asset reference(s)

Printed: 05/01/2017 03:40 PM    V.13.30

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-82167 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | ATKINSON, JAMES KEVIN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5166 - Checking Account |
| Taxpayer ID #: | **-***3775 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 05/01/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/04/17 | 110 | Craig A. Willette | per court order 04/03/2017 | | | 29,926.49 | 65,785.16 |
| | | | per court order    28,725.00 04/03/2017 (inv 10871) | 3110-000 | | | 65,785.16 |
| | | | per court order    1,201.49 04/03/2017 (inv 10871) | 3120-000 | | | 65,785.16 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 98,372.31 | 32,587.15 | $65,785.16 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 98,372.31 | 32,587.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$98,372.31** | **$32,587.15** | |

| | | | |
|---|---|---|---|
| Net Receipts : | 98,372.31 | | |
| Less Other Noncompensable Items : | 750.00 | | |
| Net Estate : | $97,622.31 | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5166** | 98,372.31 | 32,587.15 | 65,785.16 |
| | **$98,372.31** | **$32,587.15** | **$65,785.16** |

{} Asset reference(s)

Printed: 05/01/2017 03:40 PM    V.13.30

# Exhibit "C" - Analysis of Claims Register

## Case: 15-82167   ATKINSON, JAMES KEVIN

**Case Balance:** $65,785.16     **Total Proposed Payment:** $65,785.16     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Attorney Craig A Willette <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 1,201.49 | 1,201.49 | 1,201.49 | 0.00 | 0.00 | 65,785.16 |
| | Attorney Craig A Willette <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 28,725.00 | 28,725.00 | 28,725.00 | 0.00 | 0.00 | 65,785.16 |
| | Attorney Joseph D Olsen <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 3,451.25 | 3,451.25 | 0.00 | 3,451.25 | 3,451.25 | 62,333.91 |
| | JOSEPH D. OLSEN <2200-00  Trustee Expenses> | Admin Ch. 7 | 66.58 | 66.58 | 0.00 | 66.58 | 66.58 | 62,267.33 |
| | JOSEPH D. OLSEN <2100-00  Trustee Compensation> | Admin Ch. 7 | 8,131.12 | 8,131.12 | 0.00 | 8,131.12 | 8,131.12 | 54,136.21 |
| 1S | Internal Revenue Service | Secured | 109,890.48 * | 0.00 | 0.00 | 0.00 | 0.00 | 54,136.21 |
| 1P | Internal Revenue Service | Priority | 227,685.63 | 227,685.63 | 0.00 | 227,685.63 | 54,136.21 | 0.00 |
| 1U | Internal Revenue Service | Unsecured | 22.00 | 22.00 | 0.00 | 22.00 | 0.00 | 0.00 |
| 2 | Sort Pro Services LLC | Unsecured | 353,872.08 | 353,872.08 | 0.00 | 353,872.08 | 0.00 | 0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | Unsecured | 37,649.47 | 37,649.47 | 0.00 | 37,649.47 | 0.00 | 0.00 |
| | **Total for Case 15-82167 :** | | **$770,695.10** | **$660,804.62** | **$29,926.49** | **$630,878.13** | **$65,785.16** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $41,575.44 | $41,575.44 | $29,926.49 | $11,648.95 | 100.000000% |
| **Total Priority Claims :** | $227,685.63 | $227,685.63 | $0.00 | $54,136.21 | 23.776735% |
| **Total Secured Claims :** | $109,890.48 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $391,543.55 | $391,543.55 | $0.00 | $0.00 | 0.000000% |

(*) Denotes objection to Amount Filed

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 15-82167
Case Name: ATKINSON, JAMES KEVIN
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:**   $ 65,785.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 109,890.48 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:   $ 65,785.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 8,131.12 | 0.00 | 8,131.12 |
| Trustee, Expenses - JOSEPH D. OLSEN | 66.58 | 0.00 | 66.58 |
| Attorney for Trustee, Fees - Attorney Craig A Willette | 28,725.00 | 28,725.00 | 0.00 |
| Attorney for Trustee, Expenses - Attorney Craig A Willette | 1,201.49 | 1,201.49 | 0.00 |
| Attorney for Trustee Fees - Attorney Joseph D Olsen | 3,451.25 | 0.00 | 3,451.25 |

Total to be paid for chapter 7 administration expenses:   $ 11,648.95
Remaining balance:   $ 54,136.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 54,136.21

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $227,685.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Internal Revenue Service | 227,685.63 | 0.00 | 54,136.21 |

| | |
|---|---:|
| Total to be paid for priority claims: | $ 54,136.21 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 391,543.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Internal Revenue Service | 22.00 | 0.00 | 0.00 |
| 2 | Sort Pro Services LLC | 353,872.08 | 0.00 | 0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | 37,649.47 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

| | |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**