# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| JAMES KEVIN ATKINSON | § | |
| | § | Case Number: 15-82167 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __May 10__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Lawrence W Lobb
111 Flinn Street
Batavia, IL 60510

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

| | | |
|---|---|---|
| Bank of America<br>Attn: CA6-919-02-41<br>P.O. Box 5170<br>Simi Valley, CA 93062-5170 | CITIBANK<br>PO BOX 790034<br>ST LOUIS, MO 63179-0034 | Daspin & Aument, LLP<br>227 W. Monroe St.<br>Ste. 3500<br>Chicago, IL 60606-5018 |
| Estate of James E. Atkinson<br>Attn: Karen Bryk, Executor<br>1045 Partridge Dr.<br>Palatine, IL 60067-7044 | GE Capital Retail Bank<br>Attention: Bankruptcy Department<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | Great Lakes Ed. Student Loans, Inc.<br>P.O. Box 7860<br>Madison, WI 53707-7860 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohl's<br>N56 W 17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051-7096 | Sort Pro Services, LLC<br>Attn: Robert C. Aument<br>227 W. Monroe St., Ste. 3500<br>Chicago, IL 60606-5018 |
| Specialized Loan Servicing, LLC<br>Attn: Bankruptcy<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129-2386 | Synchrony Bank<br>Attention: Bankruptcy Dept.<br>P.O. Box 965060<br>Orlando, FL 32896-5060 | US BANK<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 |
| James Kevin Atkinson<br>999 Plum Tree Drive<br>Crystal Lake, IL 60014-8371 | | |