# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: ATKINSON, JAMES KEVIN　　　　　§　Case No. 15-82167
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $239,750.00 | Assets Exempt: $23,750.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $54,136.21 | Claims Discharged Without Payment: $565,092.97 |
| Total Expenses of Administration: $44,236.10 | |

　　　3) Total gross receipts of $ 98,372.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $98,372.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $109,890.48 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 44,236.10 | 44,236.10 | 44,236.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 227,685.63 | 227,685.63 | 54,136.21 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 391,543.55 | 391,543.55 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $773,355.76 | $663,465.28 | $98,372.31 |

4) This case was originally filed under Chapter 7 on August 25, 2015. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/17/2017          By: /s/JOSEPH D. OLSEN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account | 1129-000 | 7,622.31 |
| Fraudulent conveyance | 1241-000 | 90,000.00 |
| Refund of photocopy fees | 1280-002 | 750.00 |
| **TOTAL GROSS RECEIPTS** | | **$98,372.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 4110-000 | N/A | 109,890.48 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$109,890.48** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 8,131.12 | 8,131.12 | 8,131.12 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 66.58 | 66.58 | 66.58 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 3,451.25 | 3,451.25 | 3,451.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Trustee Fees (Trustee Firm) - Attorney Craig A Willette | 3110-000 | N/A | 28,725.00 | 28,725.00 | 28,725.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Attorney Craig A Willette | 3120-000 | N/A | 1,201.49 | 1,201.49 | 1,201.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.55 | 10.55 | 10.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.53 | 10.53 | 10.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.97 | 11.97 | 11.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.50 | 10.50 | 10.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.49 | 10.49 | 10.49 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.08 | 3.08 | 3.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.92 | 11.92 | 11.92 |
| Other - United States Treasury - IRS | 2990-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - United States Treasury - IRS | 2990-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - United States Treasury - IRS | 2990-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - United States Treasury - IRS | 2990-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - United States Treasury - IRS | 2990-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.45 | 10.45 | 10.45 |
| Other - Stewart & Associates, Inc. | 2990-000 | N/A | 120.00 | 120.00 | 120.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.78 | 10.78 | 10.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Deb Fisher | 3120-000 | N/A | 260.00 | 260.00 | 260.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.33 | 10.33 | 10.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Deb Fisher CSR | 3120-000 | N/A | 639.00 | 639.00 | 639.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.60 | 98.60 | 98.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 142.46 | 142.46 | 142.46 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $44,236.10 | $44,236.10 | $44,236.10 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 227,685.63 | 227,685.63 | 54,136.21 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $227,685.63 | $227,685.63 | $54,136.21 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 22.00 | 22.00 | 0.00 |
| 2 | Sort Pro Services LLC | 7100-000 | N/A | 353,872.08 | 353,872.08 | 0.00 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 37,649.47 | 37,649.47 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $391,543.55 | $391,543.55 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82167  
**Case Name:** ATKINSON, JAMES KEVIN  

**Period Ending:** 07/17/17

**Trustee:** (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/25/15 (f)  
**§341(a) Meeting Date:** 10/01/15  
**Claims Bar Date:** 01/07/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residence: Single family home Fee simple, Locati | 220,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash | 500.00 | 0.00 | | 0.00 | FA |
| 3  Checking Account | 2,500.00 | 7,600.00 | | 7,622.31 | FA |
| 4  Misc. Furniture | 7,500.00 | Unknown | | 0.00 | FA |
| 5  Misc. Appliances | 5,000.00 | Unknown | | 0.00 | FA |
| 6  Misc. Household Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7  Audio-Video: Two TV's; Stereo | 1,000.00 | 0.00 | | 0.00 | FA |
| 8  Necessary wearing apparel | 2,500.00 | 0.00 | | 0.00 | FA |
| 9  25% ownership in Sort Pro Services, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10  Auto: 2004 Honda CRV (85,000 miles; good conditi | 2,250.00 | 0.00 | | 0.00 | FA |
| 11  Animals: Domestic pets (dog & cat) | 0.00 | 0.00 | | 0.00 | FA |
| 12  Father's Will/Trust (?)  (u) | 0.00 | 100,000.00 | | 0.00 | FA |
| 13  USB (preference)  (u) | 0.00 | 20,000.00 | | 0.00 | FA |
| 14  Affiliated corporation  (u) | 0.00 | 100,000.00 | | 0.00 | FA |
| 15  Fraudulent conveyance  (u) | 90,000.00 | 90,000.00 | | 90,000.00 | FA |
| 16  Refund of photocopy fees  (u) | 750.00 | 750.00 | | 750.00 | FA |
| 16  **Assets  Totals** (Excluding unknown values) | **$333,000.00** | **$318,350.00** | | **$98,372.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

Recent case. The Debtor has some purported equity in his residence I am trying to administer although it is covred by an IRS lien but they have requested that the Trustee go ahead and liquidate if he can. More importantly there is an issue about whether the Debtor fraudulently transferred his shares of stock in an affiliated corporation to his non-filing spouse. The Trustee is investigating that and has a production request outstanding.

Trustee has engaged outside counsel to pursue an adversary complaint against the Debtor, his spouse and a related corporation to recover an alleged fraudulent conveyance of a corporation to the Debtor's spouse. The adversary complaint was filed in October 2016 and hopefully will be resolved in 2017. Outside counsel letter is attached.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-82167  
**Case Name:** ATKINSON, JAMES KEVIN

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/25/15 (f)  
**§341(a) Meeting Date:** 10/01/15

**Period Ending:** 07/17/17

**Claims Bar Date:** 01/07/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2016    **Current Projected Date Of Final Report (TFR):** May 9, 2017 (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 15-82167 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | ATKINSON, JAMES KEVIN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5166 - Checking Account |
| Taxpayer ID #: | **-***3775 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/17/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/15 | {3} | James and Carrie Atkinson | turnover of ckg acct funds | 1129-000 | 7,622.31 | | 7,622.31 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,612.31 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.55 | 7,601.76 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.53 | 7,591.23 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.97 | 7,579.26 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.50 | 7,568.76 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.49 | 7,558.27 |
| 06/02/16 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2016 FOR CASE #15-82167 | 2300-000 | | 3.08 | 7,555.19 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.92 | 7,543.27 |
| 07/25/16 | 102 | United States Treasury - IRS | Form 4506 for years 2010-2014 #xxx-0705/#xxx-5805 | 2990-000 | | 250.00 | 7,293.27 |
| 07/25/16 | 103 | United States Treasury - IRS | Form 4506 for years 2010 thru 2014 - EIN 36-4081483 Canconex | 2990-000 | | 250.00 | 7,043.27 |
| 07/25/16 | 104 | United States Treasury - IRS | Form 4506 Tax returns 2010-2014 re: JKA Investments | 2990-000 | | 250.00 | 6,793.27 |
| 07/25/16 | 105 | United States Treasury - IRS | Form 4506 yrs 2010-2014) EIN #27-3740857 - Sort Pro Services (1120S) | 2990-000 | | 250.00 | 6,543.27 |
| 07/25/16 | 106 | United States Treasury - IRS | Form 4506 (2010-2014) EIN 27-3740857 re: Sort Pro Services (2553) | 2990-000 | | 250.00 | 6,293.27 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.45 | 6,282.82 |
| 08/23/16 | 107 | Stewart & Associates, Inc. | Private process server fees to produce documents | 2990-000 | | 120.00 | 6,162.82 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.78 | 6,152.04 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,142.04 |
| 10/03/16 | {16} | United States Treasury | Refund of photocopy request fees | 1280-002 | 250.00 | | 6,392.04 |
| 10/03/16 | {16} | United State Treasury | Refund of photocopy request fees | 1280-002 | 500.00 | | 6,892.04 |
| 10/24/16 | 108 | Deb Fisher | Certified shorthand court reporter | 3120-000 | | 260.00 | 6,632.04 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,622.04 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.33 | 6,611.71 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,601.71 |
| 01/09/17 | 109 | Deb Fisher CSR | Certified Shorthand Reporter for 2004 exams | 3120-000 | | 639.00 | 5,962.71 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,952.71 |
| 02/06/17 | {15} | Drendel & Jansons Law Group | Adversary settlement | 1241-000 | 90,000.00 | | 95,952.71 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.60 | 95,854.11 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.46 | 95,711.65 |

Subtotals :  $98,372.31   $2,660.66

{} Asset reference(s)

Printed: 07/17/2017 12:21 PM    V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-82167  
**Case Name:** ATKINSON, JAMES KEVIN  

**Taxpayer ID #:** **-***3775  
**Period Ending:** 07/17/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/17 | 110 | Craig A. Willette | per court order 04/03/2017 | | | 29,926.49 | 65,785.16 |
| | | | per court order          28,725.00<br>04/03/2017 (inv 10871) | 3110-000 | | | 65,785.16 |
| | | | per court order           1,201.49<br>04/03/2017 (inv 10871) | 3120-000 | | | 65,785.16 |
| 06/05/17 | 111 | JOSEPH D. OLSEN | Dividend paid 100.00% on $66.58, Trustee Expenses;  Reference: | 2200-000 | | 66.58 | 65,718.58 |
| 06/05/17 | 112 | Attorney Joseph D Olsen | Dividend paid 100.00% on $3,451.25, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,451.25 | 62,267.33 |
| 06/05/17 | 113 | JOSEPH D. OLSEN | Dividend paid 100.00% on $8,131.12, Trustee Compensation;  Reference: | 2100-000 | | 8,131.12 | 54,136.21 |
| 06/05/17 | 114 | Internal Revenue Service | Dividend paid  23.77% on $227,685.63; Claim# 1P; Filed: $227,685.63; Reference: | 5800-000 | | 54,136.21 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 98,372.31 | 98,372.31 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 98,372.31 | 98,372.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$98,372.31** | **$98,372.31** | |

|  |  |
|---|---|
| Net Receipts : | 98,372.31 |
| Less Other Noncompensable Items : | 750.00 |
| Net Estate : | $97,622.31 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5166** | 98,372.31 | 98,372.31 | 0.00 |
| | **$98,372.31** | **$98,372.31** | **$0.00** |

{} Asset reference(s)